IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

OLD REPUBLIC SURETY COMPANY,

        Plaintiff,

    v.

LDC, INC.; MICHAEL SCOTT BOND,

        Defendants.

Civ. No. 6:25-cv-01145-AA

**OPINION & ORDER**

AIKEN, District Judge.

Pursuant to Federal Rule of Civil Procedure 55(c), Plaintiff Old Republic Surety Company moves to set aside the Order of Default against Defendant LDC, Inc. and has submitted a Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 17. Defendant Michael Scott Bond was previously voluntarily dismissed. ECF No. 16.

Plaintiff represents that LDC, Inc. has been dissolved and its assets distributed to its creditors or seized by the IRS and that Plaintiff will not be redressed by a default judgment against LDC, Inc. The Court concludes that Plaintiff has established good cause to set aside the Order of Default against LDC, Inc. and

Page 1 –OPINION & ORDER

Plaintiff's motion is GRANTED. Consistent with the Notice of Dismissal, this case is DISMISSED without prejudice. Final judgment shall be entered accordingly.

It is so ORDERED and DATED this \_\_\_2nd\_\_\_ day of October 2025.

        /s/Ann Aiken
        ANN AIKEN
        United States District Judge